Frank NELLOM

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE.

Supreme Court of Pennsylvania.

Oct. 19, 2004.

## ORDER

PER CURIAM.

AND NOW, this 19th day of October, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.